### 10913.  Bridges *v.* The State.

Bloodworth, J.  1. The excerpt from the charge of which complaint is made in the special ground of the motion for a new trial does not express or intimate the opinion of the presiding judge "as to what has or has not been proved or as to the guilt of the accused," and, when read in connection with the entire charge, contains no error which requires this court to reverse the judgment of the trial court.

2. The verdict rendered is approved by the trial judge, and there is ample evidence to support it.

> *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
> Decided November 4, 1919.

Indictment for manufacture of intoxicating liquor; from Terrell superior court—Judge Worrill. August 18, 1919.

The charge complained of was as follows: "Where an alibi is set up as a defense, which is not established, the jury have the right to take it into consideration in connection with the other evidence, and if they have a reasonable doubt about his guilt upon the whole of the evidence, including such attempted alibi, where not established, they ought to acquit." It was contended that this "was contrary to law and not authorized by the evidence," and that "it carried an expression of opinion by the court, or tended to give the jury the impression of a belief by the court, that the

alibi set up had not in fact been established, or was merely an attempted alibi."

C. W. Worrill, W. B. Parks, for plaintiff in error.

B. T. Castellow, solicitor-general, R. R. Arnold, contra.